**\*AMENDED HLD-013**                                                 **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-1994
_____

IN RE: ERIK KHAN,
                                             Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 1:23-cv-03068)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 29, 2025

Before: CHAGARES, <u>Chief Judge</u>, HARDIMAN, and PORTER, <u>Circuit Judges</u>

(Opinion filed: October 10, 2025)
_____

OPINION<sup>\*</sup>
_____

PER CURIAM

    In May 2025, Erik Khan filed a pro se petition for a writ of mandamus requesting

that this Court compel the District Court to rule on his then-pending § 2241 petition for a

writ of habeas corpus.  On June 2, 2025, the District Court ruled on the petition, denying

relief.  <u>See</u> D.Ct. ECF Nos. 18, 19.  Given the District Court's ruling, we will dismiss the

petition as moot.  <u>See</u> <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698–99 (3d Cir.

_____

<sup>\*</sup> This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

1996) ("If developments occur during the course of adjudication that … prevent a court from being able to grant the requested relief, the case must be dismissed as moot."). [1]

---

[1] In light of our disposition, Khan's motion to voluntarily dismiss his mandamus petition is denied as unnecessary.